**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

VICKIE SWARTZ,

    Plaintiff,

v.                                  Case No: 5:14-cv-431-Oc-30PRL

JACKSONVILLE CENTER FOR
CLINICAL RESEARCH LTD,

    Defendant.

**ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #13). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of April, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\14-cv-431 dismiss 13.docx